| Name and address: | |
|---|---|
| Dieter Zacher, Esq.<br>The Zacher Firm<br>17011 Beach Boulevard, Suite 900<br>Huntington Beach, California 92647<br>Phone: (714)960-6170<br>Fax:    (714)960-6180 | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JULIE STOUT,<br><br>             v.                      PLAINTIFF(S) | CASE NUMBER:<br><br>8:20-cv-01675-FLA-KES |
|---|---|
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; and DOES 1 through 10, inclusive,<br><br>                                      DEFENDANT(S) | **SUBSTITUTION OF COUNSEL** |

### INSTRUCTIONS

Generally, an attorney may withdraw from representing a party in a case without the Court's permission if another member of the attorney's firm or agency will continue to represent that party **and** the withdrawing attorney is not the only member in good standing of the Bar of this Court representing that party. In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" (Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01).

Notably, however, Court permission for withdrawal or substitution is required if no member of the withdrawing attorney's firm or agency will remain as counsel of record. In such circumstances, the attorney(s) seeking to withdraw should complete and file this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01), and submit a proposed "Order on Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

### SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it currently appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name:  Robert J. McKennon                                                   CA Bar Number: 123176

Firm or agency:    McKennon Law Group PC

Address:     2031 SW Birch St., Suite 200

Telephone Number: 949 387-9595                              Fax Number:   949 835-5165

E-mail:    rm@mckennonlawgroup.com

Counsel of record for the following party or parties:  Plaintiff    Julie Ann Stout

Other members of the same firm or agency also seeking to withdraw:      Michael Lavigne, SBN 216538

## SECTION II - NEW REPRESENTATION

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: Dieter Zacher, Esq.          CA Bar Number: 165651

Firm or agency: The Zacher Firm

Address: 17011 Beach Boulevard, Suite **900**

900 Telephone Number: 714 960 - 6170          Fax Number: 714 960 - 6180

E-mail: dzacher@hotmail.com

## SECTION III - SIGNATURES

### *Withdrawing Attorney*

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: September 30, 2021          Signature: *[signature]*

Name: Robert J. McKennon

### *New Attorney (if applicable)*

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: September 28, 2021          Signature: *[signature]*

Name: Dieter Zacher, Esq.

### *Party Represented by Withdrawing Attorney*

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.

☐ representing myself *pro se* in this case.

Date: September 28, 2021          Signature: *Julie Ann Stout*

Name: Juie Ann Stout

Title: Self