**EXHIBIT A**

**Summary of Medical Records**
**August 19, 2018 to March 8, 2019[1]**

| Date & Practitioner | Reason for Visit | Description |
|---|---|---|
| | **2018** | |
| 08/20/18 Benjamin Swartout, MD – Otolaryngologist | Relapse | Decadron and B12 given. Xyzal change Botox? [PID 829] |
| 08/21/18 Benjamin Swartout, MD – Otolaryngologist | Office Note | Decadron 2mg #6 prescribed. [PID 828] |
| 08/29/18 Benjamin Swartout, MD – Otolaryngologist | Office Note | Xyzal prescribed and referred to allergist. [PID 828] |
| 08/31/18 Benjamin Swartout, MD – Otolaryngologist | Office Note | B12 1cc, Decadron 4 mg right hip [PID 828] |
| 10/10/18 Viliam Furdik, MD | Pain Management | Massage triggered a severe flare up of her low back pain. Percocet 5 mg tablets don't help enough (she was being weaned down on her pain meds). Pain radiates from the coccyx to the neck and "feels like a knot". Has been unable to sleep for the last several days. No leg symptoms. [PID 1402-1403] |
| 10/29/18 Garfield Pharmacy | Refill | Olopatadine HCL 0.1% Eye Drops [PID 827] |
| 11/16/18 Kenneth James, MD, OB-GYN | Consultation | Hormone replacement therapy. [PID 1228-1230] |
| 11/16/18 | Lab Report | [PID 1259] |
| 12/14/18 Kenneth James, MD, OB-GYN | Refill Request | Estradiol 1 mg tablet, 2 tablet(s) PO daily, 30 days, 11 refills, for a total of 60,start on December 14, 2018, end on December 8, 2019.  Prometrium 100 mg capsule(s) PO daily, 30 days, 11 refills, for a total of 30, start on December 14, 2018, end on December 8, 2019.  [PID 1231-1234] |
| 12/14/18 Constance Bouvier, PA-C | Coughing/Pneumonia | Patient is a 48 year old female who presents for the evaluation of coughing and chest congestion. The coughing episodes began 1 year ago. The patient has moderate coughing episodes in the last 2 days. The cough is non productive. The patient has been having moderate congestion the past 2 days. The patient reports the symptoms are aggravated by pt states the mold in her house. The onset of the symptoms has been sudden and the symptoms tend to be fairly constant…. [PID 1465-1467] |
| 12/14/18 Constance Bouvier, PA-C | Letter | Please excuse my patient from work from 12/14/18 to 12/24/18. Clearance for the patient to return to work will be discussed on 12.21.18 at her followup appointment… [PID 1886] |

[1] This date range includes medical records from six months before Stout's claimed date of disability (February 19, 2019) through her last date of employment (March 8, 2019).

**EXHIBIT A**

| Date & Practitioner | Reason for Visit | Description |
|---|---|---|
| 12/21/18 Constance Bouvier, PA-C | Cough/Chest Congestion | The patient is a 48 year old who returns for a follow up visit of Upper respiratory tract symptoms began 2 weeks ago. She complains of nasal congestion, a productive cough, and chest pain. She describes coughing-up green sputum. She also reports nausea, vomiting, diarrhea, and sputum does not come up. She denies nasal congestion, sore throat, constipation, and abdominal pain. There are no alleviating factors noted. The condition is aggravated by back pain. [PID 1468-1471] |
| 12/28/18 Constance Bouvier, PA-C | Medication Refill | Patient is a 48 year old female who is here today for a medication discussion on Klonopin 1 mg oral tablet. Pt has returned 48 Klonopin b/c she states they do no work for her and she want to go back to alprazolam. [PID 1473-1475] |
| **2019** | | |
| 01/04/19 LabCorp | Lab Report | Thyroglobulin antibody negative; complete blood count within reference range with exception of high MCV at 99 (reference 79-97); comprehensive metabolic panel within reference range; cholesterol high at 246 (reference range (100-199); triglycerides high at 170 (reference range 0-149); LDL cholesterol high at 145 (reference 0-99); hemoglobin A1C in reference range at 5.5%; TSH in reference range at 1.22; vitamin D low at 11.9 (reference range 30-11); T4 in reference range at 1.19; reverse T3 in reference range at 19.3; %3 in reference range at 130; free T3 in reference range at 3.2; and thyroid peroxidase antibody high at 64 (reference 0-34) [PID 1477-1480] |
| 01/11/19 Gregg DeNicola, MD | Test Results, Chest Congestion, Nasal Congestion, Body Aches, Fatigue, Ear Pain, Rash, Allergic Reaction | Patient is 48 year old female who returns to discuss results of bloodwork. She reports cough, ear discomfort, fatigue, low back pain, and nasal congestion. She reports occasional episodes of nonproductive coughing that began 6 weeks ago. She reports severe right ear aching and pressure-like ear discomfort that started 5 weeks ago.The patient reports moderate fatigue that has been present for 3 weeks that has been gradually worsening. The pack pain has been present for 3 weeks and is currently moderate in intensity. It has an aching, a sharp, and a burning quality and has been gradually worsening. The pain radiates into the right buttock. The patient reports intermittent moderate to severe bilateral nasal congestion that has been present for 5 weeks. The congestion has been gradually worsening and is triggered by pollen and exposure to an unknown substance. She describes having a green nasal discharge. [PID 1481-1485] |
| 01/11/19 Constance Bouvier, PA-C | Letter | Patient is unable to travel for 3-6 months due to medical illness that have caused her to be in bed rest, pt is able work from home office only until further evaluation of health…[PID 1488] |

**EXHIBIT A**

| Date & Practitioner | Reason for Visit | Description |
|---|---|---|
| 01/25/19 Jeffrey M. Dym, MD | CT Soft Tissue Neck w/ IV | Impression: No enlarged lymph nodes, no abdominal mass, no fluid collection.  Prevertebral soft tissues are normal, epiglottis is normal.  No acute bony abnormalities. [PID 1219] |
| 02/06/19 Constance Bouvier, PA-C | Sinus Congestion, Face Pain, Headache, Sternum Pain, Fatigue | The patient is a 48 year old female who returns for a follow-up visit of sinus congestion, facial pain, headache, nasal discharge, and posterior nasal drainage.  The sinus congestion is reportedly mild in severity and has been present for 3 months. The pain is localized to the right jaw region. The facial pain began off and on for 2 weeks. Currently, the facial pain is moderate in severity and has an aching quality.  The headaches began 3 months ago and are localized to the bilateral temporal region. The headache is moderate in severity and has a pressure-like and a throbbing quality. The nasal discharge is bilateral and began 3 months ago. The discharge is characterized as having a clear and character. It has been mild in severity and since onset. The posterior drainage began 3 months ago and has been intermittently. The condition is uniformly present throughout the day. No alleviating factors have been identified. No aggravating factors have been identified. There are no additional symptoms reported. She also reports she has been really fatigue and has loss appetite. [PID 1489-1492] |
| 02/06/19 Constance Bouvier, PA-C | Letter | Patient is unable to travel for 6 months due to medical illness that have caused her to be in bed rest, pt is able to work from home office only until further evaluations of health… [PID 1504] |
| 02/07/19 LabCorp | Lab Report | Complete blood count within reference range with exception of high MCV at 100 (reference 79-97); comprehensive metabolic panel within reference range with exception of high glucose at 104 (reference range 65-99); TSH in reference range at .662; and free T4 in reference range at 1.67 [PID 1493-1494] |
| 02/18/19 Steven Sorenson, MD | Ultrasound – Hernia Soft Tissue | Impression: No sonographic evidence of abdominal wall hernia, at the level of clinical concern, as indicated, consider CT. [PID 1198] |
| 02/18/19 Steven Sorenson, MD | Ultrasound –Abdomen Cmp | Impression: No hydronephorsis or gallstone identified. [PID 1200] |
| 02/18/19 Steven Sorenson, MD | Ultrasound – Thyroid | Impression: Single solid nodule right thyroid. [PID 1208] |
| 02/19/19 Katelyn Rickerson, MA | Hernia, Abdominal Pain | Orders: Abdominal US Caduceus; Abdomen Soft Tissue [PID 1577] |

**EXHIBIT A**

| Date & Practitioner | Reason for Visit | Description |
|---|---|---|
| 02/26/19 Constance Bouvier, PA-C | F/U nausea, vomiting, abdominal pain, diarrhea and constipation. | The patient is a 49 year old female who presents for the evaluation of a 3 months history of nausea, vomiting, abdominal pain, diarrhea and constipation. The nausea is described as mild in severity and intermittent. She has vomiting episodes every so often, pt states it depends on how nauseous she feels. Last wk she vomited blood 4-5 times. Pt has been on toast, crackers, and tortillas chips because she has very little appetite and she will vomit anything she eats. The abdominal pain is severe and is located in the abdomen diffusely. It is described as having a sharp, crampy, and burning quality and radiates into the lower back. The stools are described as loose.  She has been having diarrhea ever so often. The condition is aggravated by eating. There are no alleviating factors identified. Pt went to see a gallbladder and hernia doctor and he told pt that he thinks it is an inner hernia and intestines possibly being twisted. She also reports sinus symptoms of post nasal and congestion. Pt has had this problem for last 3 months as well. Pt was put on medication for thyroid and pt states she hasn't felt any different.  [PID 1500-1503] |
| 03/06/19 Jeffrey M. Dym, MD | CT Abdomen | Impression: 1. No obstruction, no free air, no free fluid or enlarged lymph nodes. 2. Normal renal enhancement without hydronephrosis is identified bilaterally. 3. Scattered stool, the appendix is not seen. [PID 1187-1188] |

49841251.1