UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:20-cv-01675-FLA (KESx) | Date | August 2, 2022 |
| Title | Julie Stout v. Liberty Life Assurance Company of Boston, et al. | | |

| Present: The Honorable | FERNANDO L. AENLLE-ROCHA |
|---|---|
| | UNITED STATES DISTRICT JUDGE |

| Twyla Freeman | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Dieter Zacher (Zoom Webinar) | Ann-Martha Andrews |

**Proceedings:**     **BENCH TRIAL (E.R.I.S.A. HEARING) (Held and Completed)**

The hearing is held. The court hears argument from counsel. The matter is under submission and a written ruling will issue.

00 : 46

Initials of Preparer    tf