JS-6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JULIE STOUT,

        Plaintiff,

    v.

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON, et al.

        Defendants.

Case No.: 8:20-cv-01675-FLA (KESx)

**JUDGMENT**

1

1      On February 28, 2023, the court issued its Order Following Bench Trial finding

2  Defendant Liberty Life Assurance Company of Boston the prevailing party in this

3  action.  Dkt. 78.  Accordingly, the court ORDERS as follows:

4        • Judgment is entered in favor of Defendant Liberty Life Assurance

5          Company of Boston and against Plaintiff.

6        • Plaintiff's claim to recover benefits under ERISA is DENIED.

7        • Plaintiff's claims are dismissed with prejudice.

8

9  IT IS SO ORDERED.

10

11  Dated: March 2, 2023

12                            FERNANDO L. AENLLE-ROCHA

                              United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2